FILED

FEB 19 2008

Feb 19, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Jerome Allen James )
)
v. ) 08CV 1019
Defendant(s) Michael Sheahan et. Al ) JUDGE HOLDERMAN
) MAGISTRATE JUDGE SCHENKIER

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Jerome Allen James__, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Jerome James__                          __P.O. Box 089002__
Movant's Signature                         Street Address

__2/8/08__                                 __Chicago, Illinois 60608__
Date                                       City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |