Dear Sir or Madam, 08C1019

My name is Jerome James, I just recently sent in a 1983 civil claim against Cook County Jail. I am no longer being detained at Cook County Jail. I am currently housed at Stateville Correctional Center Northern Receiving Classification Center. Any correspondance needed to be sent to me should be sent to me at:

Jerome James B-68976
P.O. Box 112
Joliet, Illinois, 60434

**FILED**
MAR 11 2008
Mar 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This location may only be temporary. I should be getting transferred to another institution or going back to Cook County Jail shortly. I will send a change of address if I do either.

Thank you!

Sincerely,
Jerome James
2/29/08

STA 0050 (Rev. 12/03)