

TO: THE OFFICE OF THE CLERK OF THE U.S. DISTRICT COURT.

FROM: JEROME JAMES IN THE CAUSE ENTITLED:

JEROME A. JAMES -VS- MICHAEL SHEAHAN
CASE NO. 08CV1019
JUDGE HOLDERMAN
MAGISTRATE JUDGE SCHENKIER

THIS CORRESPONDENCE IS TO NOTIFY THE COURT THAT MY ADDRESS HAS BEEN CHANGED FROM: P.O. BOX 112
JOLIET, ILL. 60434

TO: JEROME ALLEN JAMES B68976
P.O. BOX 999
PINCKNEYVILLE, ILL. 62274

**FILED**
APR - 4 2008
APR 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ALSO I NEVER RECEIVE A COPY OF THE CLAIM FORM 08CV1019 CAN YOU PLEASE FORWARD ME A COPY AS SOON AS POSSIBLE
THANK YOU

Jerome James
3/28/08