APRIL 21, 2008

DEAR SIR, 08C1019

I AM JEROME JAMES, I AM WRITING TO INFORM THE COURT OF MY NEW MAILING ADDRESS AND OTHER INFORMATION.

I HAVE BEEN PLACED BACK IN THE CUSTODY OF COOK COUNTY DEPARTMENT OF CORRECTIONS.

I ALSO WISH TO INFORM THE COURT OF A SITUATION WHICH HAS OCCURRED.

ON APRIL 14th, 2008, I WAS TRANSFERRED FROM PINCKNEY VILLE C.C. (P.O. BOX 999 PINCKNEYVILLE, ILL. 62274) TO STATEVILLE C.C. (P.O. BOX 112 JOLIET, ILL. 60434). ON THAT DATE STATEVILLE TOOK POSSESSION OF ME AND ALL OF MY PROPERTY, BECAUSE I WAS WAITING TO BE TURNED BACK OVER TO THE CUSTODY OF COOK COUNTY. ON APRIL 16th, 2008, I WAS PAROLED, AND TAKEN INTO THE CUSTODY OF COOK COUNTY. AT WHICH TIME MY PROPERTY COULD NOT BE LOCATED. STATEVILLE EITHER MISPLACED OR, LOST IT. IN THE PROPERTY I HAD VERY IMPORTANT INFORMATION WHICH RELATES TO THE CLAIM I FILED BEFORE THE DISTRICT COURT. I AM NO LONGER IN POSSESSION OF THE INFORMATION WHICH I NEEDED TO FILE THE AMENDED COMPLAINT CONCERNING THE "JOHN DOE DEFENDANTS," OR ANYTHING ELSE RELATED TO MY CLAIM. I HAVE MADE SEVERAL ATTEMPTS AT RECLAIMING MY PROPERTY, BUT TO NO AVAIL. STATEVILLE CANNOT FIND MY PROPERTY, AND COOK COUNTY IS REFUSING TO HELP

LOCATE IT, CLAIMING "IT WAS NEVER IN THEIR POSSESSION, AND IT'S NOT THEIR RESPONSIBILITY."

THE CASE NAME IS JEROME ALLEN JAMES
VS
MICHAEL SHEHAN ET. AL.

I WILL NEED AN ~~EXTENTION~~ SO I MAY ATTEMPT TO OBTAIN THIS INFORMATION AGAIN OR FIND MY PROPERTY.

PLEASE SEND ME THE FORMS OR ANY THING ELSE I WILL NEED TO REQUEST THE EXTENTION, PROPERLY

ALL MAIL GOES TO:

JEROME JAMES
2008-0026641
P.O. BOX 089002
CHICAGO, IL. 60608

Thank You

*Jerome James*