# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: 
Jerome Allen James v. Michael Sheahan et al.,

Case Number: 08 C 1019

Judge: Holderman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Brian Ruzanki, Tyrone Gilmore, Ollie Gavin, Officer McClendon, Sgt. Wayne, M. Rentas, Sgt. Doody, Lt. Mundt, Director Andrews and Scott Kurtovich

SIGNATURE   /s/ Jack G. Verges ARDC# 6186215

FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS   RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP   CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
# 6186215

TELEPHONE NUMBER
(312) 603-3469

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐