UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ALLEN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1019 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| MICHAEL SHEAHAN, SCOTT KURTOVICH, | ) | |
| DIRECTOR ANDREWS, SUPT. DOE, | ) | Magistrate Judge Schenkier |
| CHIEF DOE, CAPTAIN DOE, LT. MUNDT, | ) | |
| SGT. DOODY, M. RENTAS, SGT. WAYNE, | ) | |
| C/O McCLENDON, OLLIE GAVIN, | ) | |
| TYRONE GILMORE, BRIAN RUZANSKI, | ) | |
| JOHN DOE 1-30, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD
IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants' BRIAN RUZANKI, TYRONE GILMORE, OLLIE GAVIN, OFFICER McCLENDON, SGT. WAYNE, M. RENTAS, SGT. DOODY, LT. MUNDT, DIRECTOR ANDREWS and SCOTT KURTOVICH, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Jack G. Verges, Assistant State's Attorney, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including May 30, 2008. In support, defendant states:

    1.    Plaintiff filed a complaint on February 19, 2008.

    2.    Defendants' Brian Ruzanki, Tyrone Gilmore, Ollie Gavin, Officer McClendon, Sgt. Wayne, M. Rentas, Sgt. Doody, Lt. Mundt, Director Andrews and Scott Kurtovich were served on April 24, 2008.

    3.    Defendants requested representation from the Cook County State's Attorney's

Office and the undersigned was assigned to represent them on April 30, 2008.

4.   The undersigned has ordered Cook County Sheriff department as well as medical records that may be germane to plaintiff's claims.

5.   These records were requested on May 1, 2008, and they must be reviewed in order for the defendants' to answer or otherwise plead.

6.   The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant an enlargement of time up to and including May 30, 2008 to move, answer or otherwise plead in this matter.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   s/ Jack G. Verges #6186215
Jack G. Verges, Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602