UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ALLEN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1019 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| MICHAEL SHEAHAN, SCOTT KURTOVICH, | ) | |
| DIRECTOR ANDREWS, SUPT. DOE, | ) | Magistrate Judge Schenkier |
| CHIEF DOE, CAPTAIN DOE, LT. MUNDT, | ) | |
| SGT. DOODY, M. RENTAS, SGT. WAYNE, | ) | |
| C/O McCLENDON, OLLIE GAVIN, | ) | |
| TYRONE GILMORE, BRIAN RUZANSKI, | ) | |
| JOHN DOE 1-30, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEFENDANT'S MOTION TO ENLARGE THE TIME PERIOD
IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

**TO:** Service List

**YOU ARE HEREBY NOTIFIED** that on May 8, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman in the courtroom usually occupied by him, Room 2541, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER, OR OTHERWISE PLEAD.**

                Respectfully submitted,
                RICHARD A. DEVINE
                State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
        Jack G. Verges, Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on May 1, 2008.

s/ Jack G. Verges #6186215
Jack G. Verges

## SERVICE LIST

Jerome Allen James
2006-0024933
P.O. Box 089002
Chicago, IL 60608