UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jerome Allen James

                              Plaintiff,

v.                                                      Case No.: 1:08–cv–01019
                                                        Honorable James F. Holderman

Michael Sheahan, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Defendants Sergeant Doody, M Rentas, Sgt. Wayne, Ollie Gavin, Tyrone Gilmore, Brian Ruzanski, Scott Kurtovich, C/O McClendon, Director Andrews, Lieutenant Mundt's motion for extension of time in which to move, answer or otherwise plead [22] is granted; defendants are given until 5/30/2008 to plead to the complaint. Status hearing set for 6/10/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.