## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JEROME ALLEN JAMES, ) | |
| ) | |
| Plaintiff, ) | 08 C 1019 |
| ) | |
| vs. ) | Honorable Judge |
| ) | James Holderman |
| MICHAEL SHEAHAN, SCOTT KURTOVICH, ) | |
| DIRECTOR ANDREWS, SUPT. DOE, ) | Magistrate Judge Schenkier |
| CHIEF DOE, CAPTAIN DOE, LT. MUNDT, ) | |
| SGT. DOODY, M. RENTAS, SGT. WAYNE, ) | |
| C/O McCLENDON, OLLIE GAVIN, ) | |
| TYRONE GILMORE, BRIAN RUZANSKI, ) | |
| JOHN DOE 1-30, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEFENDANT'S MICHAEL SHEAHAN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**TO:**   Service List

**YOU ARE HEREBY NOTIFIED** that on June 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman in the courtroom usually occupied by him, Room 2541, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT.**

                                                Respectfully submitted,
                                                RICHARD A. DEVINE
                                                State's Attorney of Cook County

By:   s/ Jack G. Verges #6186215
        Jack G. Verges, Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

    I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on May 27, 2008.

<u>s/ Jack G. Verges #6186215</u>
Jack G. Verges

## SERVICE LIST

Jerome Allen James
B-68976
Pinckneyville Correctional Center
5835 State Route 154
P.O. Box 999
Pinckneyville, Il 62274