# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ALLEN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1019 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| MICHAEL SHEAHAN, SCOTT KURTOVICH, | ) | |
| DIRECTOR ANDREWS, SUPT. DOE, | ) | Magistrate Judge Schenkier |
| CHIEF DOE, CAPTAIN DOE, LT. MUNDT, | ) | |
| SGT. DOODY, M. RENTAS, SGT. WAYNE, | ) | |
| C/O McCLENDON, OLLIE GAVIN, | ) | |
| TYRONE GILMORE, BRIAN RUZANSKI, | ) | |
| JOHN DOE 1-30, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** Service List

PLEASE TAKE NOTICE that on the May 30, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendant's Answer to Plaintiff's Amended Complaint.

    Respectfully submitted,
    RICHARD A. DEVINE
    State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
    Jack G. Verges, Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on May 30, 2008.

    s/ Jack G. Verges #6186215
    Jack G. Verges

## **SERVICE LIST**

Jerome Allen James
B-68976
Pinckneyville Correctional Center
5835 State Route 154
P.O. Box 999
Pinckneyville, Il 62274