Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1019 | **DATE** | May 29, 2008 |
| **CASE TITLE** | Jerome Allen James (B-68976) v. Michael Sheahan | | |

**DOCKET ENTRY TEXT:**

Plaintiff's letter to the Court [20] is construed as a motion for an extension of time to submit an amended complaint with the names of John Doe defendants. The motion is granted. Plaintiff already names 11 defendants and it appears that more defendants are unnecessary. However, if he needs to include defendants whose identities are currently unknown in addition to the named defendants, he is given 90 days from the date of this order to submit an amended complaint. Plaintiff is advised that an amended complaint must stand complete on its own and, thus, must include all the claims he seeks to raise and name all the defendants he seeks to sue in this suit. The clerk shall forward another amended complaint form and the 3/28/08 order to plaintiff.

Docketing to mail notices.

isk