UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jerome Allen James
                          Plaintiff,

v.                                     Case No.: 1:08–cv–01019
                                                                  Honorable James F. Holderman

Michael Sheahan, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 6/10/2008. On defendant Michael Sheahan's motion to dismiss plaintiff's amended Complaint [27], plaintiff's response or statement regarding response due by 7/10/2008; defendant's reply due by 7/24/2008. The Court will rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.