**FILED**

JUL 3 2008

Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

6-24-08

Dear Sir, I am writing to inform the Honorable Judge James F. Holderman, and his court that in my claim (Case No. 1:08-CV-01019) against Michael Sheahan, et al. I am being denied any and all access to the documents needed by myself to proceed in my complaint.

Please note, I previously sent a letter to the Clerk of the U.S. District Court asking for an extension of time to submit an amended complaint because all my documents related to this claim had been destroyed by employees of Cook County Jail.

I am also being denied my constitutional right to have access to courts, in which I have made repeated attempts to attend the law library here at Cook County Jail. I am asking this honorable court to grant me a court order allowing me access to Cook County Jail's Law Library for (4) four hours per week.

Also note, that I do wish to proceed in my claim against defendant Michael Sheahan, et al. But I'm being denied access to the documents and information needed to continue as a pro'se plaintiff.

ALSO PLEASE SEND ME THE MOTION FOR APPOINTMENT OF COUNSEL SO I MAY REENTER THE MOTION, BECAUSE I BELIEVE AT THIS STAGE PROFESSIONAL COUNSEL WILL BE NEEDED, AND I CANNOT CONTINUE TO PROCEED AS A PRO'SE PLAINTIFF DUE TO THE RESTRICTIONS PUT ON ME BY COOK COUNTY JAIL OFFICALS, AND WITHOUT PROPER ACCESS TO CERTAIN DOCUMENTS. MAKING IT IMPOSSIBLE TO MEET DEADLINES IMPOSED BY THIS HONORABLE COURT.

PLEASE NOTE, I AM SENDING EVIDENCE THAT ~~[illegible]~~ AN OFFICER TOOK CUSTODY OF MY PERSONAL PROPERTY 2-11-08, AND NOW IT HAS BEEN DESTROYED.

Thank You For Your Time

Sincerely
Jerome James 6-24-08

ENCLOSED IS A COPY OF DETAINEE GRIEVANCE RESPONSE, AND FINAL APPEAL SUMMATION.

Part – B / Control #: _____ X ____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: James　　First Name: Jerome　　ID#: 2008-0026141

Is This Grievance An **Emergency**?　YES ☐　NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges CCDOC lost his property.

C.R.W. Referred Griev. To: Supt Div 9　　Date Referred: 5/15/08

Response Statement: OFFICER COLEMAN PROPERLY PLACED INMATE JAMES' PROPERTY IN THE CLOTHING ROOM. THE 11-7 SHIFT DISPOSES OF NO PROPERTY. THE NORMAL PROCESS IS FOR THE INMATE TO HAVE SOMEONE PICK UP AND _____ WITHIN _____ _____ _____ NOT _____ _____ _____ OF PROPERTY AFTER 30 DAYS.

LT. M.K. MATANIC　　(signature)　　Date: 5/20/08　　Div./Dept. 9
(print- name of individual responding to this griev.)　(signature of individual responding to this griev.)

W. THOMAS　　(signature) #20　　Date: 5/21/08　　Div./Dept. IX
(print - name of Supt./ Designee / Dept. Admin.)　(signature of Supt./ Designee / Dept. Admin.)

J. Mueller　　(signature)　　Date: 5/29/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)　(signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 5/29/08　　Detainee Signature: Jerome James

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 5/29/08

Detainee's Basis For An Appeal: I WAS NOT TOLD THAT MY PROPERTY WOULD ONLY BE KEPT FOR 30 DAYS. NOR WAS I GIVEN NOTIFICATION THAT MY PROPERTY WOULD BE DESTROYED IF NOT PICKED UP IN 30 DAYS. MY PROPERTY WAS DESTROYED AFTER I RETURNED.

Appeal Board's Acceptance Of Detainee's Request:　YES ☐　NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Original Response to Stand. Detainee may attempt to file a claim for alleged loss.

Appeal Board's Signatures / Dates: _____ 6/9/08

Date Detainee Rec.'d the Appl. Bd.'s Response: 6/11/08　Detainee Signature: Jerome James

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)