Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1019 | **DATE** | July 24, 2008 |
| **CASE TITLE** | Jerome Allen James (2008-0026641) v. Michael Sheahan | | |

**DOCKET ENTRY TEXT:**

Plaintiff's current motion for the appointment of counsel [#35] is denied for the reasons stated by the Court in its July 11, 2008 order.

Docketing to mail notices.

isk