UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

EASTERN DIVISION

JUL 30, 2008

JUL 3 0 2008

JEROME ALLEN JAMES
  PLAINTIFF

VS.

MICHAEL SHEAHAN, SCOTT KURTOVICH,
DIRECTOR ANDREWS, SUPT. DOE, CHIEF DOE,
CAPTAIN DOE, LT. MUNDT, SGT. DOODY,
M. REITAS, SGT. WAYNE, % McCLENDON,
OLLIE GAVIN, TYRONE GILMORE, BRIAN RUZANSKI,
JOHN DOE 1-30     DEFENDANTS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

08 C 1019

HONORABLE JUDGE
JAMES HOLDERMAN

MAGISTRATE JUDGE
SCHENKIER

## PLAINTIFF RESPONSE TO MOTION TO DISMISS

NOW COMES THE PLAINTIFF IN HIS OWN PROPER PERSON AND MOVES THIS HONORABLE COURT WITH HOPES IT WILL NOT DISMISS PLAINTIFF COMPLAINT OR EXCLUDE DEFENDANT MICHAEL SHEAHAN AS A DEFENDANT IN THIS COMPLAINT.

## ARGUMENT

ON APRIL 26, 2006, FORMER SHERIFF OF COOK COUNTY MICHAEL SHEAHAN WAS THE ACTIVE SHERIFF OF COOK COUNTY WHICH INCLUDES COOK COUNTY JAIL.

MICHAEL SHEAHAN WAS WELL AWARE THAT HIS SUBORDINATES WERE VIOLATING THE CONSTITUTIONAL RIGHTS OF THE DETAINEES HOUSED IN COOK COUNTY JAIL, AND FAILED TO TAKE THE STEPS NECESSARY IN PROTECTING THE RIGHTS OF THE DETAINEES

AS WAS HIS DUTY.

DEFENDANT SHEAHAN HAD THE ABILITY TO PREVENT THE USE OF THE EXCESSIVE FORCE PRACTICE IN WHICH THE PLAINTIFF WAS SUBJECTED TO ON APRIL 26, 2006, YET DEFENDANT SHEAHAN TURNED A BLIND EYE. HE KNEW OF THE PRACTICE, POLICY, AND PROCEDURE OF EXCESSIVE FORCE WITHIN THE COOK COUNTY JAIL, AND ALTHOUGH WAS NOT PERSONALLY INVOLVED IN ANY OF THE BEATINGS SUCH AS THE ONE SUFFERED BY THE PLAINTIFF, DEFENDANT SHEAHAN HAD FIRST HAND KNOWLEDGE THE JAILS DETAINEES WERE BEING SUBJECTED TO BY COOK COUNTY CORRECTIONAL OFFICERS. THE USE OF EXCESSIVE FORCE AGAINST DETAINEES IS A LONG STANDING PRACTICE IN COOK COUNTY JAIL.

DEFENDANT SHEAHANS' KNOWLEDGE AND FAILURE TO PROVIDE ADEQUATE PROTECTION, AND A REMEDY AGAINST THE USE OF EXCESSIVE FORCE WITHIN THE JAIL MADE HIM SEEM TO ALLOW, CONDONE AND EVEN APPROVE OF IT BY NOT TAKEN THE SUBSTANTIAL STEPS TO PREVENT IT.

MICHAEL SHEAHAN SHOULD NOT BE DISMISSED AS A DEFENDANT IN THIS SUIT, AND SHOULD BE HELD ACCOUNTABLE FOR THE SUBORDINATES UNDER HIS SUPERVISORY, BECAUSE THE ENTIRE TIME DEFENDANT SHEAHAN WAS SHERIFF OF COOK COUNTY THERE HAD BEEN SEVERAL THOUSAND CLAIMS AND EVIDENCE OF THE USE OF EXCESSIVE FORCE AGAINST THE DETAINEES OF COOK COUNTY JAIL.

GIVEN THIS DEFENDANT SHEAHAN SHOULD NOT BE EXCLUDED

UNDER HIS INDIVIDUAL OR HIS (FORMER) OFFICIAL CAPACITY, IT WAS HIS INDIVIDUAL, AND OFFICIAL DUTY ON APRIL 26, 2006 TO ENSURE THAT THE PLAINTIFFS 8th, AND 14th AMENDMENT UNITED STATES CONSTITUTIONAL RIGHT (NOT TO BE SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT, AND EQUAL PROTECTION OF THE LAWS) AS SHERIFF OF COOK COUNTY HE TOOK AN OATH TO PROTECT THE RIGHTS OF THE PEOPLE OF COOK COUNTY, AND UPHOLD THE LAW.

DEFENDANT SHEAHAN'S NAME IS NOT JUST ADDED TO THE CAPTION OF THIS CLAIM. DEFENDANT SHEAHAN'S FAILURE TO ACT, CAUSED THE CONSTITUTIONAL DEPRIVATION OF THIS PLAINTIFF, AND AS A RESULT THE PLAINTIFF WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT.

THIS GOES BEYOND THE DEFENDANT "SHOULD HAVE KNOWN" DEFENDANT SHEAHAN DID KNOW, AND IT IS THE PLAINTIFF KNOWLEDGE AND BELIEF THAT SHEAHAN (AS SHERIFF) HAD SPOKEN PUBLICLY CONCERNING THE ISSUE OF EXCESSIVE FORCE WITHIN THE JAIL, AFTER A DETAINEE WAS BEATEN TO DEATH BY OFFICERS (JAIL GUARDS) AT THE JAIL.

WHEREFORE, IT IS WITH GREAT HOPES THAT MICHAEL SHEAHAN NOT BE EXCLUDED AS A DEFENDANT IN THIS CIVIL COMPLAINT AND HE BE HELD ACCOUNTABLE IN HIS INDIVIDUAL, AND (FORMER) OFFICIAL CAPACITY.

DATE. 7-23-08

RESPECTFULLY SUBMITTED

Jerome James
PLAINTIFF

CERTIFICATE OF SERVICE

I, JEROME ALLEN JAMES, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON JACK G. VERGES 500 RICHARD J. DALEY CENTER CHICAGO, IL. 60602, BY PLACING IT IN THE MAIL AT COOK COUNTY JAIL ON JULY 23rd, 2008

Jerome James