PLEASE BE ADVISE! THE DOCUMENTS I SEEK IN NAMING THE JOHN DOE DEFENDANTS ARE BEING WITH HELD, AND I AM TOLD THE INFORMATION CAN ONLY BE GIVEN TO AN ATTORNEY. THIS INFORMATION, AS WELL AS OTHER DOCUMENTS, PHOTOGRAPHS, MEDICAL REPORTS AS WELL AS OTHER INFORMATION THIS PLAINTIFF NEED AS EVIDENCE AND OR INFORMATION TO SUPPORT HIS CLAIM AGAINST THE NAMED AND UNNAMED DEFENDANTS ARE BEING WITH HELD, AND SAID TO BE INFORMATION WHICH CAN ONLY BE GIVEN TO AN ATTORNEY, I CAN NOT GET THE REAL NAMES OF THE JOHN DOE DEFENDANTS.

ALSO PLAINTIFF RECEIVE A DOCKET DATED JULY 11, 2008 WHICH DENIED THIS PLAINTIFF GREATER ACCESS TO THE JAILS LAW LIBRARY. MY INITIAL CORRESPONDENCE MUST HAVE BEEN MISINTERPRETED. <u>I AM NOT BEING GIVEN ANY ACCESS TO THE JAILS LAW LIBRARY</u>. I AM UNABLE TO DO ANY RESEARCH, FORMULATE LEGAL THEORIES OR SIGHT ANY CASE LAW WHICH WILL SUPPORT MY CLAIM. I HAVE BEEN DENIED ANY ACCESS TO COOK COUNTY JAILS LAW LIBRARY WITH OUT A COURT ORDER. I HAVE MADE REPEATED REQUEST, AND EVEN PRESENT THE DOCKET ENTRY TEXT RECEIVED FOR THIS COURT WITH DEADLINES GIVEN IN THIS CLAIM, AND HAVE STILL NOT RECEIVED <u>ANY ACCESS</u>

    PLEASE RECONSIDER PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL OR GRANTING A COURT ORDER FOR LIBRARY ACCESS IN COOK COUNTY JAIL.

FILED
JUL 30, 2008
JUL 3 0 2008   mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RESPECTFULLY
Jerome James
7-23-08