**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEROME ALLEN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1019 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| MICHAEL SHEAHAN, SCOTT KURTOVICH, | ) | |
| DIRECTOR ANDREWS, SUPT. DOE, | ) | Magistrate Judge Schenkier |
| CHIEF DOE, CAPTAIN DOE, LT. MUNDT, | ) | |
| SGT. DOODY, M. RENTAS, SGT. WAYNE, | ) | |
| C/O McCLENDON, OLLIE GAVIN, | ) | |
| TYRONE GILMORE, BRIAN RUZANSKI, | ) | |
| JOHN DOE 1-30, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**    Jerome Allen James
B-68976
Pinckneyville Correctional Center
5835 State Route 154
P.O. Box 999
Pinckneyville, Il 62274


PLEASE TAKE NOTICE that on the August 19, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached **DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS.**


Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:  s/ Jack G. Verges #6186215
        Jack G. Verges, Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties listed above, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on August 19, 2008.

s/ Jack G. Verges #6186215
Jack G. Verges