UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Sep 5. 2008
SEP   5 2008
_mb_
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jerome Allen James                 )
            Plaintiff              )
    vs.                            )      08cv 1019
                                   )      Case No.08 C 1019
Michael Sheahan,Scott Kurtovich,   )      Honorable Judge James Holderman
Director Andrews,Supt.Doe,Chief Doe, )   Magistrate Judge Schenkier
Captain Doe,Lt.Mundt,Sgt.Doody,    )
M.Rentas,Sgt.Wayne,C/O McClendon,  )
Ollie Gavin,Tyrone Gilmore,        )
Brian Ruzanski,Joe Doe 1-30        )
            Defendant              )

## MOTION FOR DISCOVERY

Now comes the plaintiff,Jerome Allen James,in his own proper person,pursuant to S.Ct. Rule

26 3(A),and request that this Honorable Court Order Cook County Jail official,and it's

records office to disclose the following documents to the Plaintiff(pro se).

1) All reports made by defendants,Doody,Mundt,Gavin,Gilmore,Ruzanski,and others in regards

to the April 26,2006.The reports should include but are not limited to;

A.Use of force Reports
B.Incident Reports
C.Disciplinary Reports

2) All photographs taken by Cook County Sheriff Police in relation to the incident involving

plaintiff on April 26, 2006.

3) All Cook County Jail Rules and Regulations for Detainees,and C.C.J General Orders which

shall include but is not limited to;

A.Use of force Module
B.Administrative Segregation
C.Disciplinary Segregation
D.Grievance Procedures
E.Disciplinary Procedure
F.Investigative Procedure

4) All grievances and other complaints filed by Plaintiff involving the excessive use of

force used against him on April 26, 2006

In support of this Motion the Plaintiff states the following;

(1) Plaintiff Detainee's copies of all or most of the documents in his possession before

his property was destroyed by a Cook County Jail employee.

(2) After making repeated attempts to receive copies of these documents by way of the

C.R.W. of Cook County Jail,and other administrative means,Cook County Jail Officials

informed this Plaintiff that the documents would have to be recovered through a Court Order

by the Court for the purpose of this 42 U.S.C. 1983 Complaint.

Wherefore,This Plaintiff respectfully request that this Honorable Court Order Cook County

Jail Officials to disclose the above requested documents to this Plaintiff for the purpose

of this 1983 Claim.

RESPECTFULLY SUBMITTED

DATE: 8-25-08